UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JONATHAN ALEJANDRO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiff,

-against-

ELTMAN LAW, P.C., NAVIENT SOLUTIONS, LLC and VL FUNDING, LLC,

                Defendants.

Case No. 18 CV _____

---

## DEFENDANT NAVIENT SOLUTIONS, LLC'S NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446(a), defendant Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("Defendant"), by its attorneys, Vedder Price P.C., hereby files this Notice of Removal of the above-titled action (the "Action") from the Supreme Court of the State of New York, County of Suffolk (the "State Court"), where the Action was filed, to the United States District Court for the Eastern District of New York.  In support of this Notice, Defendant states as follows:

1. Defendant desires to exercise its statutory right under the provisions of Title 28 U.S.C. §§ 1441-1452 to remove this Action from the State Court, in which said case is now pending under the name and style "*Jonathan Alejandro v. Eltman Law, P.C., et al.*," Index No. 604471/2018.

2. On or about March 7, 2018, plaintiff Jonathan Alejandro ("Plaintiff") commenced this Action in the State Court by filing a Summons and Complaint with Notice (the "Summons and Complaint").  The Summons and Complaint are collectively attached as Exhibit A.

3. On or about March 8, 2018, the Summons and Complaint were served upon Defendant. The Affidavit of Service is attached as Exhibit B.

4. The date on or before which Defendant is required by the laws of the State of New York to answer or otherwise respond to Plaintiff's Summons and Complaint has not lapsed. The thirty-day period in which Defendant may remove the Action to this Court began on the date of service of the Summons and Complaint and has not lapsed.

5. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Venue lies in the Eastern District of New York pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

7. This is a civil action that Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441(c) because this Action involves a claim arising under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "FDCPA").

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be served on Plaintiff's counsel, and a copy of the Notice of Removal will be filed with the Clerk for the State Court.

## **CONCLUSION**

9. Based upon the foregoing, this Court has jurisdiction over the Action under the provisions of 28 U.S.C. § 1331, in that this Action involves a claim arising under the FDCPA. Accordingly, this Action is properly removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

-3-

Dated: March 29, 2018

Respectfully submitted,

VEDDER PRICE P.C.

By: */s/ Ashley B. Huddleston*

Ashley B. Huddleston
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799
ahuddleston@vedderprice.com

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC