LAW OFFICE OF

# SIMON GOLDENBERG PLLC

SIMON GOLDENBERG, ESQ.[1]
STEPHEN BASEDOW, ESQ.

[1]ADMITTED NEW YORK & NEW JERSEY

**ATTORNEYS AT LAW**
818 EAST 16TH STREET
BROOKLYN, NY 11230

TEL. 347-640-4357
FAX 347-472-0347

May 16, 2018

**VIA ECF**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 18 2018   ★

LONG ISLAND OFFICE

Hon. Sandra J. Feuerstein
U.S. District Court for Eastern District of NY
100 Federal Plaza
Central Islip, NY 11722

Re:   Alejandro v. Eltman Law, P.C. et al
      Case No. 2:18-cv-01914-SJF-SIL

Dear Judge Feuerstein:

The attorneys for Plaintiff, Jonathan Alejandro, and the attorneys for Co-Defendants, Navient Solutions, LLC and VL Funding, LLC, are writing to inform the court that a settlement has been reached in the above-captioned matter. At this time, the parties are diligently working to finalize the settlement agreement and obtain the necessary signatures. When the terms of the settlement have been fully performed, the parties will file the requisite Rule 41(a) stipulation of dismissal with prejudice.

At this time, the parties would respectfully request that a "60-Day Order" be entered in this matter, that the time to answer or otherwise respond to the complaint is adjourned 60 days and that the initial conference scheduled for May 30, 2018 be adjourned.

Thank you for your Honor's time and courtesies in this matter.

Page 1 of 2

Respectfully Submitted,

LAW OFFICE OF SIMON GOLDENBERG PLLC
Attorneys for Plaintiff, Jonathan Alejandro

/s/ Simon Goldenberg
By: Simon Goldenberg, Esq.
818 East 16th St.
Brooklyn, NY 11230
P: (347) 640-4357
F: (347) 472-0347


VedderPrice
Attorney(s) for Co-Defendants,
Navient Solutions, LLC and VL Funding, LLC

/s/ Lisa Simonetti
By: Lisa Simonetti, Esq.
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
P: (424) 204-7738


ORDER DISMISSING CASE: The parties having advise The Court That This matter has settled, This case is CLOSED with leave to reopen on ten (10) days' notice by no later Than July 20, 2018.

So ORDERED This 18th day of May 2018 at Central Islip, New York.

s/ Sandra J. Feuerstein

Sandra J. Feuerstein, U.S.D.J.